**Motion Granted and Order filed February 4, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00997-CV

———————

**MICHAEL SCROGGINS D/B/A 2 WHEEL CITY, KEVIN EARL HUGHES AND WALTHER NAHUN PENA, Appellants**

**V.**

**CTC FINANCIAL, LLC, Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1132938**

---

## ORDER

This is an appeal from a judgment signed November 18, 2019. On January 8, 2020, appellant Texas Department of Motor Vehicles filed a motion to withdraw its notice of appeal. *See* Tex. R. App. P. 42.1. The motion is **GRANTED.**

Appellant Texas Department of Motor Vehicles's appeal is ordered **DISMISSED**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.